**Order filed February 26, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00665-CV
_____

### DOV AVNI KAMINETZKY, Appellant

### V.

### HARRIS COUNTY APPRAISAL DISTRICT, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2013-12988**

## O R D E R

Appellant's brief was due February 5, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 26, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM